503122 $20

(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>__Northern__ District of __Illinois__ | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Johnson, Hereford | | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Johnson Pamela |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None | | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>Pamela Adams |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): 1570 | | Last four digits of Soc. Sec No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): 3550 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1410 Fitzer Drive<br>Joliet Illinois 60431 | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>1410 Fitzer Drive<br>Joliet Illinois 60431 |
| County of Residence or of the<br>Principal Place of Business: Will County | | County of Residence or of the<br>Principal Place of Business: Will County |
| Mailing Address of Debtor (if different from street address):<br>Same | | Mailing Address of Joint Debtor (if different from street address):<br>Same |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): Not Applicable | | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|
| ☐ Individual(s)  ☐ Railroad<br>☐ Corporation  ☐ Stockbroker<br>☐ Partnership  ☐ Commodity Broker<br>☒ Other Joint (Husband & Wife)  ☐ Clearing Bank | ☐ Chapter 7  ☐ Chapter 11  ☒ Chapter 13<br>☐ Chapter 9  ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☒ Consumer/Non-Business  ☐ Business | **Filing Fee** (Check one box)<br>☐ Full Filing Fee attached<br>☒ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the [debtor is unable] to pay fee except in installments. Rule 1006(b). See [Official Form No. 3] |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000+ |
|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50M/$100M+ |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50M+ |
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 10/03/2005
Time: 10:46:10
Debtor: HEREFORD JOHNSON
Case: 05-42865
Chapter: 13 Rec. # : 3139363
Judge: Bruce Black Fee : 20
341 mtg: 11/23/2005 @ 09:30AM
ConfHrg: 12/09/2005 @ 11:00AM
Trustee: GLENN STEARNS
1:05BK42865-BK001

(Official Form 1) (12/03) FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): Hereford and Pamela Johnson |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: Will County | Case Number: 00B13067 | Date Filed: 2000/4/29 |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *(signed)* Hereford Johnson
Signature of Debtor

X *(signed)*
Signature of Joint Debtor

(815) 436-3117
Telephone Number (If not represented by attorney)

9/1/05
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

FORM B6D
(6/90)

In re **Hereford & Pamela Johnson**
             Debtor

Case No. _____ (If known)

# SCHEDULE D -- CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Chase Home Mortgage | | Joint | Mortgage [illegible] <br> VALUE $ 242,000 | | | | 0 | 0 |
| ACCOUNT NO. 1307314 <br> Capital One <br> P.O. Box 260848 <br> Plano TX 75026 | | | Automobile Balance <br> 2002 Dodge Caravan <br> Trade in value <br> VALUE $ 6000.00 | | | | 17,304.53 | 11,304.53 |
| ACCOUNT NO. 004629 7370 <br> Toyota <br> P.O. Box 8026 <br> Cedar Rapids IA 54208 | | | Automobile Balance <br> 2004 Ford Taurus used <br> Trade in value <br> VALUE $ 4895 | | | | 17,000 | 12,105 |
| ACCOUNT NO. | | | <br> VALUE $ | | | | | |

_____ continuation sheets attached

Subtotal ► (Total of this page)  $ 34,304.53

Total ► (Use only on last page)  $ 34,304.53

(Report total also on Summary of Schedules)

FORM B6F (Official Form 6F) (9/97)

In re **Hereford & Pamela Johnson**
　　　　Debtor

Case No. _____
　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3768509<br>Central Dup Hospital<br>Dept 4698<br>Carol Stream IL 60122 | | W | Medical Bill (surgery)<br>DOS 7/26-7/29/04<br><br>Medical Bill (surgery)<br>DOS 1/27-1/28<br>Acct # 4001025 | | | | $360.00<br><br><br>$100.00 |
| ACCOUNT NO.<br>Com ED<br>P.O Box 87522<br>Chicago Ill 60680 | | J | Electric | | | | $459.05 |
| ACCOUNT NO. E029676491<br>Edward Hospital<br>801 S Washington<br>Naperville IL 60540<br>Attn: Patient Accts | | W | Medical Bill<br>DOS 2/26/04 | | | | $100 |
| ACCOUNT NO. E030641153<br>801 S Washington<br>Naperville Ill 60540<br>Attn: Patient Accts | | | Medical Bill<br>DOS 6/15/04 | | | | 75.00 |

____ continuation sheets attached

Subtotal ▶ $ 1094.05

Total ▶ $ 1094.05
(Report also on Summary of Schedules)

FORM B6F (Official Form 6F) (9/97)

In re **Hereford; Pamela Johnson,**
       Debtor

Case No. _____ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 433253550<br>ECMC Group<br>P.O. Box 8809 Suite 200<br>7325 Beaufont Springs Dr.<br>Richmond, VA 23225-0509 | | W | Student loan 1981 | | | ✓ | 24,121.41 |
| ACCOUNT NO. 6230701416<br>Nicor<br>P.O. Box 2020<br>Aurora Ill 60507-2020 | | J | Gas Utility | | | | 385.00 |
| ACCOUNT NO. 6002183152<br>Sprint<br>P.O Box 6419<br>Carol Stream Il 60197 | | | Telephone | | | | 400.00 |
| ACCOUNT NO. 6306971973<br>Sprint PC<br>P.O. Box 7086<br>London KY 40742 | | | Telephone Cell | | | | 690.00 |

_____ continuation sheets attached

Subtotal ▶ $ 25,596.41

Total ▶ $ 25,596.41
(Report also on Summary of Schedules)

FORM B6F (Official Form 6F) (9/97)

In re **Hereford + Pamela Johnson**
Debtor

Case No. _____
(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ED31049499<br>Edward Hospital<br>801 S Washington<br>Naperville Illinois 60540<br>Attn: Patient Account | | W | Medical Bill<br>DOS 7/31/04 - 8/4/04 | | | | $ 300.00 |
| ACCOUNT NO. ED31302847<br>Edward Hospital<br>801 S Washington<br>Naperville Illinois 60540<br>Attn: Patient Account | | W | Medical Bill<br>DOS 8/30/04 | | | | $ 50.00 |
| ACCOUNT NO. ED32614133<br>Edward Hospital<br>801 S Washington<br>Naperville Ill 60540<br>Attn: Patient Account | | W | Medical Bill<br>1/24/05 | | | | $ 50.00 |
| ACCOUNT NO. CH16025<br>S&S Lending<br>P.O. 1121 South Military Trail # 303<br>Deerfield Beach FL 33402 | | S | Advertising Loan | | | | $1537.85 |

____ continuation sheets attached

Subtotal ► $ 1937.85

Total ► $ 1937.85
(Report also on Summary of Schedules)